

**U.S. Department of Justice**

United States Attorney's Office
District of New Jersey
*Civil Division*

___

*Andrew Boccio*  
*Assistant United States Attorney*

970 Broad Street, Suite 700  
Newark, NJ 07102  
<andrew.boccio@usdoj.gov>

main: (973) 645-2700  
direct:(973) 645-2781

January 24, 2026

**<u>Via ECF</u>**

Honorable Georgette Castner, U.S.D.J
United States District Court
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, NJ 08608

      Re:   *Marcilla Flores v. Rokosky*, **No. 25-18998 (GC)**
              **Consent to Dismissal**

Dear Judge Castner:

      This Office represents Respondents in the above habeas matter. We write to provide consent to Petitioner's request to withdraw his petition, ECF No. 10. We respectfully ask that the Court order this case dismissed under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

      Thank you for your continued attention to this matter.

Dated:  1/26/2026

Respectfully submitted,

It is so ordered. This case is dismissed, and the Clerk's Office is instructed to close the matter.

*Georgette Castner*
GEORGETTE CASTNER, U.S.D.J.

TODD BLANCHE
U.S. Deputy Attorney General

JORDAN FOX
Chief of Staff & Associate Deputy Attorney General
Special Attorney

By:   */s Andrew Boccio*
      ANDREW BOCCIO
      Assistant U.S. Attorney
      *Attorneys for Respondents*